Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−10881−SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Willie M. Reed
   104 Anderson Avenue
   Fairview, NJ 07022

Social Security No.:
   xxx−xx−1466

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on February 11, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 17 − 7
Order Denying Application To Have Chapter 7 Filing Fee Waived (Related Doc # 7). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/8/2019. First Installment Payment due by 2/21/2019. Second Installment Payment due by 3/25/2019. Third Installment Payment due by 4/30/2019. Final Installment Payment due by 5/30/2019. (rah)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 11, 2019
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Willie M. Reed  
      Debtor

Case No. 19-10881-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Feb 11, 2019  
                      Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2019.  
db         +Willie M. Reed,   104 Anderson Avenue,   Fairview, NJ 07022-2058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2019 at the address(es) listed below:  
        Charles M. Forman    cforman@formanlaw.com,  lcapasso@formanlaw.com;cforman@iq7technology.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                            TOTAL: 2